**Order entered April 3, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01662-CV

### EX PARTE HUNG PHAM

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. X13-1266-Y**

## ORDER

We **GRANT** appellee's April 1, 2014 unopposed motion for an extension of time to file a

brief.  Appellee shall its brief on or before April 30, 2014.

/s/     ADA BROWN
        JUSTICE